No. 81–1180.  DICKERSON, DIRECTOR, BUREAU OF ALCO-
HOL, TOBACCO AND FIREARMS *v.* NEW BANNER INSTITUTE,
INC., 460 U. S. 103;

No. 82–974.  THOMASSEN ET AL. *v.* UNITED STATES ET
AL., 460 U. S. 1022;

No. 82–1077.  KEYSTONE CABLE-VISION CORP. ET AL. *v.*
FEDERAL COMMUNICATIONS COMMISSION ET AL.,, 459 U. S.
1208;

No. 82–1152.  HOGGARD *v.* ARKANSAS, 460 U. S. 1022; and

No. 82–5900.  SMITH *v.* LANE, DIRECTOR, ILLINOIS DE-
PARTMENT OF CORRECTIONS, 459 U. S. 1215.  Petitions for
rehearing denied.

APRIL 27, 1983

No. 82–5276.  SIMMONS *v.* HECKLER, SECRETARY OF
HEALTH AND HUMAN SERVICES.  C. A. 3d Cir.  Certiorari
dismissed under this Court's Rule 53.

MAY 2, 1983

No. 82–1141.  COMMON CAUSE ET AL. *v.* BOLGER, POST-
MASTER GENERAL, ET AL.  Affirmed on appeal from D. C.
D. C.  JUSTICE BRENNAN, JUSTICE MARSHALL, and JUS-
TICE STEVENS would note probable jurisdiction and set case
for oral argument.